UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DELORES WOODEN, et al. | ] |
| Plaintiffs, | ] |
| v. | ] No. 3-07-00253 |
| | ] JUDGE HAYNES |
| J.C. PENNY COMPANY, INC. | ] |
| Defendant. | ] |

## O R D E R

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 17) is **DENIED** and Plaintiffs' motion to exclude Defendant's Responses to Plaintiffs' Statements of Undisputed Facts (Docket Entry No. 24) is **DENIED** as moot.

It is so **ORDERED**.

**ENTERED** this the 26th day of March, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge